# ELECTRONIC RECORD

COA # 05-13-01388-CR          OFFENSE: 49.04

STYLE: Marcus Lee Holmquist v. The State of Texas          COUNTY: Rockwall

COA DISPOSITION:     AFFIRM          TRIAL COURT: County Court at Law

DATE: 02/05/2015          Publish: NO   TC CASE #:     CR13-0496

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Marcus Lee Holmquist v. The State of Texas          CCA #: 401-15

___APPELLANT'S___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___REFUSED___          JUDGE: _____

DATE: 08/26/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**